DRAKE v. FREEHAN.

Saloon Nuisance : EVIDENCE TO SUPPORT CONVICTION.

*Appeal from Wapello District Court.*—HON. DELL STUART, Judge.

FILED, MAY 28, 1890.

ACTION in equity to enjoin and abate a saloon nuisance. Judgment and decree was given for plaintiff, and the defendants appeal.

*T. J. Smith,* for appellant.

*Sloan, Work & Brown,* for appellee.

GRANGER, J.—The case presents only a question of fact as to the keeping and selling of intoxicating liquors in violation of law by the defendants. While the testimony is conflicting, there are facts and circumstances which leave little room for doubt as to their guilt. No disinterested party could well read the testimony without such a conclusion. We have separately examined the brief record with that result. We will not discuss the testimony, as it could do no good. The judgment is　　　　　　　　　　　　　　　　　　　　　　AFFIRMED.